# UNITED STATES DISTRICT COURT

## District of Minnesota

Ivan Rodriguez,

Petitioner(s),

v.

Pamela Bondi , Kristi Noem, Todd M. Lyons
and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-485 JWB/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Ivan R.'s Petition for Writ of Habeas Corpus (Doc. No. 1) is **GRANTED**.

2. **Release.** Respondents shall immediately release Petitioner from custody. He must be released in Minnesota. If Petitioner is currently held outside Minnesota, Respondents shall immediately initiate Petitioner's return to Minnesota for the sole purpose of effectuating release.

Respondents shall not delay initiating Petitioner's return based on administrative convenience, transportation availability, or detention-capacity considerations.

Upon Petitioner's arrival in Minnesota, Respondents shall effectuate release forthwith. If, at the time release would otherwise occur, weather conditions would expose Petitioner to extreme cold or other reasonably dangerous conditions, Respondents may delay physical release only for the brief period necessary to effectuate release in a safe manner. Respondents shall employ the earliest reasonably available safe means of release and may not delay release where a safe option is available. Any such delay must

be strictly limited and must not be used to justify continued custody, supervision, or discretionary release authority.

3. **Notice**: Within 48 hours of this Order, Respondents shall file an update on the status of Petitioner’s release. In the update, Respondents must confirm the time, date, and location of the release or anticipated return and release. If Petitioner has been removed from Minnesota, Respondents must file a confirmation of the time, date, and location of release promptly upon Petitioner’s arrival in Minnesota.

4. Respondents may not administratively recharacterize this release as discretionary release under 8 U.S.C. § 1226 or any regulation, nor may they continue or impose conditions of supervision in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from the Court, or absent a new and independently lawful custody decision properly executed under the law. For the avoidance of doubt, Respondents’ compliance with this Order requires Petitioner’s immediate release in Minnesota without any conditions of supervision or restraint.

5. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.

6. Petitioner’s other claims are not reached.

Date: 1/24/2026

KATE M. FOGARTY, CLERK